**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01192-CV

### GRAHAM-RUTLEDGE & COMPANY, INC., Appellant

### V.

### BETH STEEB-HOUGHTON, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00270-2013**

## ORDER

The Court has before it the November 13, 2013 request by the Collin County Clerk for an extension of time to file the clerk's record. The request states that appellant has not yet paid for the clerk's record. We also note that appellant has not paid the filing fee for this appeal. Accordingly, this is the order of the Court.

We **ORDER** appellant to pay the $175 filing fee for this appeal by **DECEMBER 3, 2013**. If the filing fee is not paid by the date, the Court will, without further notice, dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

We **GRANT** the November 13, 2013 request for an extension of time to file the clerk's record. We **ORDER** the Collin County Clerk to file by, **DECEMBER 9, 2013**, either the clerk's record or written verification that appellant has not paid for the record. *We notify*

*appellant that regardless of whether the filing fee is paid by December 3, 2013, if we receive*

*verification that appellant has not paid for the clerk's record, we will, without further notice,*

*dismiss the appeal for want of prosecution.* *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County Clerk and to counsel for all parties.

/s/     ELIZABETH LANG-MIERS
        JUSTICE